UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

FILED
CLERK'S OFFICE
DEC 15 2011
U.S. DISTRICT COURT
EASTERN MICHIGAN

UNITED STATES OF AMERICA,

    Petitioner,

-vs-

CHARLES H. BATES,

    Respondent.
_____/

MISC. NO. 11-mc-51221

HON. ARTHUR TARNOW

MAG. MARK A. RANDON

## ORDER AND JUDGMENT

Petitioner having applied for an order to enforce an Internal Revenue Service Summons relating to the tax liability of respondent, Charles H. Bates, and the petition and order having been personally served upon him on November 21, 2011, this cause having come on before the undersigned pursuant to an Order to Show Cause issued October 25, 2011, and due deliberation having been had herein; it is hereby

ORDERED that the Petition to Enforce Internal Revenue Service Summons is GRANTED; and it is further

ORDERED that the respondent, Charles H. Bates, appear before Revenue Officer Mark Hendrickson or his designated representative at 9:00 a.m. on January 5, 2012, at 38275 W. Twelve Mile Road, Farmington Hills, Michigan, then and there to be sworn, to give testimony, and to produce for examination and copying the books, records, papers

and other data demanded by the summons served upon Charles H. Bates on March 3, 2011, the examination to continue from day to day until completed.

_____
MARK A. RANDON
United States Magistrate Judge

Entered: 12/15/11